UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERTRINA ANN CHILDS,<br>　　　　Plaintiff,<br>　　v.<br>NANCY BERRYHILL,<br>　　　　Defendant. | Case No. 18-cv-04399-KAW<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Petrina Ann Childs filed the instant social security appeal on July 19, 2018. Defendant was served on August 16, 2018, and the answer and administrative record were due by November 14, 2018. (*See* Dkt. No. 4; Civil Local Rule 16-5.) As of the date of this order, no answer or administrative record has been filed.

Accordingly, Defendant is ordered to show cause why the case should not be remanded for further proceedings or benefits by **December 14, 2018** by filing the answer and administrative record or a request to extend the filing deadline.

IT IS SO ORDERED.

Dated: December 3, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge